Michael K. STULIR, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 375, 2016

Supreme Court of Delaware.

Submitted: August 11, 2016[1]
Decided: November 1, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1311012671

AFFIRMED.